**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re ) | |
|     Michael L. Flynn, ) | |
|                     Debtor ) | Case Number 12-37659 |
| ) | Chapter 13 |
| ------------------------------------------------ ) | |
|     Michael L. Flynn, ) | |
| ) | Bankruptcy Judge Donald Cassling |
|                Appellant, ) | District Judge – Presently Unassigned |
|       v. ) | |
| ) | Appeal to the United States |
|     Glenn Stearns ) | District Court for the Northern |
| ) | District of Illinois, Eastern Division |
|                Appellee. ) | |

**DEBTOR'S OBJECTION TO**
**TRUSTEE'S FINAL REPORT AND ACCOUNT**

1. That on or about December 13, 2012, Chapter 13 Trustee Glenn Stearns filed his Final Report and Account with regard to the above captioned case

2. That Paragraph 1 within the Trustee's Final Report and Account states that "The case was filed on 09/23/2012";

3. That Paragraph 5 within the Trustee's Final Report and Account states that "The case was dismissed on 10/05/2012";

4. That Paragraph 7 within the Trustee's Final Report and Account states that "Number of months case was pending: 3";

5. That assuming that Paragraphs 1 and 5 are correct, then Paragraph 7 is incorrect by claiming that the instant proceeding was pending for 3 months when in truth the Chapter 13 proceeding was only 12 calendar days.

WHEREFORE, Debtor/Appellant prays that this Honorable Court takes judicial notice of the Trustee's inaccurate Final Report and Account and for such other relief that this Court deems just and equitable.

*Jennifer Mesick*
_____
Jennifer Mesick, Guardian to Michael L Flynn

Jennifer Mesick
Guardian to Michael L Flynn
1013 Barnsdale Road
La Grange Park, Illinois 60526
708-557-7482